### Alan ROETTGEN, Appellant,

v.

### TIMBERLINE DAIRY FARMS, INC., Respondent.

### WD 78675

Missouri Court of Appeals, Western District.

ORDER FILED: May 3, 2016

Shaun Falvey and Steven Duke, St. Louis, MO, Attorneys for Appellant,

Christopher P. Rackers and Neil R. Jackson, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Alok Ahuja, Chief Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

#### Order

Per Curiam:

Mr. Alan Roettgen appeals from the judgment entered by the Circuit Court of Cooper County, Missouri, following a jury verdict in favor of his former employer, Timberline Dairy Farms, Inc., in this personal injury action. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).